IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 123,994

In the Matter of MANDEE ROWAN PINGEL,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On November 19, 2021, the court ordered Mandee Rowan Pingel suspended from the practice of law in the state of Kansas, in accordance with Supreme Court Rule 225(a)(3) (2021 Kan. S. Ct. R. at 275), for a one-year period. The court then stayed the suspension pending Pingel's successful completion of the agreed 12-month probation plan. *In re Pingel*, 314 Kan. 347, 498 P.3d 744 (2021).

On November 22, 2022, Pingel filed a motion to be discharged from probation along with a supporting affidavit in compliance with Supreme Court Rule 227(g)(1) (2022 Kan. S. Ct. R. at 284). The Office of the Disciplinary Administrator responded that Pingel has fully complied with the conditions of the agreed probation plan, confirmed Pingel's eligibility for discharge from probation, and voiced no objection to such discharge.

The court, having reviewed the motion, the supporting affidavit, and the response grants Pingel's motion for discharge from probation.

The court orders Pingel fully discharged from probation and closes this disciplinary proceeding.

1

The court orders the publication of this order in the Kansas Reports and assesses any remaining costs of this proceeding to Pingel.

Dated this 21st day of December 2022.